**Form 300b**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel J. Davic** | : | Case No. 15–20085–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 108 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/7/16 at 12:00 PM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

      **AND NOW**, this **30th day of September, 2016**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 108 , by the Chapter 13 Trustee

      It is hereby **ORDERED, ADJUDGED and DECREED** that:

      (1) **On or before November 14, 2016**, any **Response**, including a consent to the **Motion**, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

      (2) This **Motion** is scheduled for hearing on **December 7, 2016 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the **Motion**.

      (3) If, after proper service, a Respondent fails to timely file a **Response**, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-20085-TPA
Daniel J. Davic                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jmar              Page 1 of 2            Date Rcvd: Sep 30, 2016
                             Form ID: 300b            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db            +Daniel J. Davic,   5220 Glenburn Drive,   Pittsburgh, PA 15236-2323
aty           +Daniel B. Sullivan,   Weinstein & Riley, P.C.,   11101 West 120th Avenue #280,
               Broomfield, CO 80021-3436
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Attn: Bankruptcy Dept.,   PO Box 630267,
               Irving, TX  75063)
13979289      +Allegheny Health Network,   c/o State Collection Services,   2509 S. Stoughton Road,
               Madison, WI 53716-3314
13979290      +Baldwin Borough,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14016589      +Borough of Baldwin,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13979291      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,   POB 742537,   Cincinnati, OH  45274)
13979296      +Pennsylvania American Water Co.,   POB 371412,   Pittsburgh, PA 15250-7412
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13979292      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 01 2016 02:04:16   Duquesne Light Company,
               Payment Processing Center,   Pittsburgh, PA 15267-0001
13996298       E-mail/Text: fnb.bk@fnfg.com Oct 01 2016 02:03:49   First Niagara Bank, N.A.,
               6950 South Transit Road,   PO Box 514,   Lockport NY 14095-0514
13979293      +E-mail/Text: fnb.bk@fnfg.com Oct 01 2016 02:03:49   First Niagra Bank,   6950 S. Transit Road,
               Lockport, NY 14094-6384
13979294      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:18:01   HSBC Bank Nevada,
               c/o Portolio Recovery Asso.,   120 Corporate Blve. Ste 1,   Norfolk, VA 23502-4962
13998488       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:01:34
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14012990      +E-mail/Text: csc.bankruptcy@amwater.com Oct 01 2016 02:04:09   Pa. American Water,
               PO Box 578,   Alton, IL 62002-0578
13979555      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:01:34
               Portfolio Recovery Associates, LLC,   140 Corporate Drive,   Norfolk, VA 23502-4952
13979297      +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 01 2016 02:03:17   U. S. Trustee's Office,
               1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13997761      +E-mail/Text: bncmail@w-legal.com Oct 01 2016 02:03:31   U.S. Bank National Association,
               C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                        TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Borough of Baldwin
cr            Duquesne Light Company
cr            U.S. Bank National Association, as Trustee, succes
cr            U.S. Bank National Association, as Trustee, succes
14062963*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pa.,   PO Box 117,   Columbus, OH 43216)
13979295*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   350 Highland Drive,
               Lewisville, TX  75067)
                                                                        TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                            Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: jmar               Page 2 of 2             Date Rcvd: Sep 30, 2016
                             Form ID: 300b             Total Noticed: 18

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:

        Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
        DanS@w-legal.com
        Gary William Short    on behalf of Debtor Daniel J. Davic garyshortlegal@gmail.com,
        gwshort@verizon.net
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
        cnoroski@grblaw.com
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
        in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
        Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
        rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                      TOTAL: 8