**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANIEL J. DAVIC<br><br>   Debtor(s)<br><br>Ronda J. Winnecour<br>   Chapter 13 Trustee,<br>      Movant<br>         vs.<br>No Repondents. | Case No.:15-20085 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2016

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/10/2015 and confirmed on 3/24/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,584.00 |
| Less Refunds to Debtor | 2,791.16 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,792.84 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 10,227.08 | |
|    Trustee Fee | 1,109.33 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,336.41 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5209 | | | | |
|   US BANK NA - TRUSTEE | 3,613.08 | 3,613.08 | 0.00 | 3,613.08 |
|     Acct: 5209 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 10,856.52 | 0.00 | 10,856.52 |
|     Acct: 5209 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5209 | | | | |
|   BALDWIN BOROUGH (SWG) | 68.05 | 68.05 | 0.57 | 68.62 |
|     Acct: 3J38 | | | | |
|   BALDWIN BOROUGH (SWG) | 4.32 | 4.32 | 0.00 | 4.32 |
|     Acct: 3J38 | | | | |
| | | | | 14,542.54 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL J. DAVIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL J. DAVIC | 2,791.16 | 2,791.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 3,922.50 | 3,922.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 1,779.00 | 1,779.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-15 | | | | |
|   GARY W SHORT ESQ | 3,525.58 | 3,525.58 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-15 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |

15-20085 TPA                                                                                    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7504 | | | | |
| COLUMBIA GAS OF PA INC(*) | 360.27 | 360.27 | 0.00 | 360.27 |
| Acct: 0014 | | | | |
| FIRST NIAGARA BANK | 469.29 | 469.29 | 0.00 | 469.29 |
| Acct: 3383 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4434 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6374 | | | | |
| PENNSYLVANIA-AMERICAN WTR CO* | 84.33 | 84.33 | 0.00 | 84.33 |
| Acct: 6402 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONSTAR MORTGAGE LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONSTAR MORTGAGE LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 913.89 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 15,456.43 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 3,685.45 |
| SECURED | 913.89 |

Date: 09/27/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DANIEL J. DAVIC

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-20085 TPA

Chapter 13

Document No.:

## ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                           BY THE COURT:

                                           _____

                                           U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-20085-TPA
Daniel J. Davic                                                         Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: jmar                  Page 1 of 2                  Date Rcvd: Sep 30, 2016
                              Form ID: pdf900             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db             +Daniel J. Davic,    5220 Glenburn Drive,    Pittsburgh, PA 15236-2323
aty            +Daniel B. Sullivan,    Weinstein & Riley, P.C.,    11101 West 120th Avenue #280,
                 Broomfield, CO 80021-3436
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,   Attn: Bankruptcy Dept.,   PO Box 630267,
                 Irving, TX   75063)
13979289       +Allegheny Health Network,    c/o State Collection Services,   2509 S. Stoughton Road,
                 Madison, WI 53716-3314
13979290       +Baldwin Borough,    c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14016589       +Borough of Baldwin,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13979291      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:   Columbia Gas of PA,   POB 742537,   Cincinnati, OH  45274)
13979296       +Pennsylvania American Water Co.,    POB 371412,   Pittsburgh, PA 15250-7412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13979292       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 01 2016 02:04:12     Duquesne Light Company,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13996298        E-mail/Text: fnb.bk@fnfg.com Oct 01 2016 02:03:49     First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,   Lockport NY   14095-0514
13979293       +E-mail/Text: fnb.bk@fnfg.com Oct 01 2016 02:03:49     First Niagra Bank,   6950 S. Transit Road,
                 Lockport, NY 14094-6384
13979294       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:19:16     HSBC Bank Nevada,
                 c/o Portolio Recovery Asso.,    120 Corporate Blve. Ste 1,   Norfolk, VA 23502-4962
13998488        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:18:37
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14012990       +E-mail/Text: csc.bankruptcy@amwater.com Oct 01 2016 02:04:08     Pa. American Water,
                 PO Box 578,   Alton, IL 62002-0578
13979555       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:00:48
                 Portfolio Recovery Associates, LLC,    140 Corporate Drive,   Norfolk, VA 23502-4952
13979297       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 01 2016 02:03:17     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13997761       +E-mail/Text: bncmail@w-legal.com Oct 01 2016 02:03:31     U.S. Bank National Association,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Baldwin
cr              Duquesne Light Company
cr              U.S. Bank National Association, as Trustee, succes
cr              U.S. Bank National Association, as Trustee, succes
14062963*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:   Columbia Gas of Pa.,   PO Box 117,   Columbus, OH 43216)
13979295*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,   350 Highland Drive,
                 Lewisville, TX   75067)
                                                                                      TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: jmar                Page 2 of 2            Date Rcvd: Sep 30, 2016
                             Form ID: pdf900           Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              Gary William Short    on behalf of Debtor Daniel J. Davic garyshortlegal@gmail.com,
               gwshort@verizon.net
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```