**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/29/16 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DANIEL J. DAVIC

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:15-20085 TPA

Chapter 13

Document No.: 108

ORDER OF COURT

AND NOW, this ____29th____ day of ____November____, 2016, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-20085-TPA
Daniel J. Davic                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 2              Date Rcvd: Nov 29, 2016
                             Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db           +Daniel J. Davic,    5220 Glenburn Drive,    Pittsburgh, PA 15236-2323
aty          +Daniel B. Sullivan,    Weinstein & Riley, P.C.,    11101 West 120th Avenue #280,
               Broomfield, CO 80021-3436
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Dept.,   PO Box 630267,
               Irving, TX  75063)
13979289     +Allegheny Health Network,    c/o State Collection Services,   2509 S. Stoughton Road,
               Madison, WI 53716-3314
13979290     +Baldwin Borough,    c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14016589     +Borough of Baldwin,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13979291    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of PA,    POB 742537,   Cincinnati, OH  45274)
13979296     +Pennsylvania American Water Co.,    POB 371412,   Pittsburgh, PA 15250-7412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13979292     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 30 2016 01:43:15     Duquesne Light Company,
               Payment Processing Center,   Pittsburgh, PA 15267-0001
13996298      E-mail/Text: fnb.bk@fnfg.com Nov 30 2016 01:43:04     First Niagara Bank, N.A.,
               6950 South Transit Road,    PO Box 514,   Lockport NY  14095-0514
13979293     +E-mail/Text: fnb.bk@fnfg.com Nov 30 2016 01:43:04     First Niagra Bank,   6950 S. Transit Road,
               Lockport, NY 14094-6384
13979294     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2016 01:56:09     HSBC Bank Nevada,
               c/o Portolio Recovery Asso.,   120 Corporate Blve. Ste 1,    Norfolk, VA 23502-4952
13979555      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2016 01:38:01
               Portfolio Recovery Associates, LLC,   140 Corporate Drive,   Norfolk, VA 23502
13998488      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2016 01:44:27
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14012990     +E-mail/Text: csc.bankruptcy@amwater.com Nov 30 2016 01:43:14     Pa. American Water,
               PO Box 578,   Alton, IL 62002-0578
13979297     +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 30 2016 01:42:52     U. S. Trustee's Office,
               1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13997761     +E-mail/Text: bncmail@w-legal.com Nov 30 2016 01:42:57     U.S. Bank National Association,
               C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                            TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Borough of Baldwin
cr            Duquesne Light Company
cr            U.S. Bank National Association, as Trustee, succes
cr            U.S. Bank National Association, as Trustee, succes
14062963*   ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pa.,    PO Box 117,   Columbus, OH 43216)
13979295*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
               Lewisville, TX  75067)
                                                                                TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr                    Page 2 of 2              Date Rcvd: Nov 29, 2016
                              Form ID: pdf900               Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:

```
              Daniel Brett Sullivan    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              Gary William Short    on behalf of Debtor Daniel J. Davic garyshortlegal@gmail.com,
               gwshort@verizon.net
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Merrill bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```